IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:09CR457 |
| vs. )<br>) | ORDER |
| DANIEL BOUQUET, )<br>AMY GRIFFITH, )<br>YVONNE ACKERLY, )<br>DESHAWN HERNANDEZ, )<br>ANTHONY PARROTT, )<br>VICKI CASS, )<br>)<br>Defendants. | |

This matter is before the court on defendant Daniel Bouquet's Motion to Continue Pretrial Motions Deadline [181], defendant Amy Griffith's Unopposed Motion to Continue Date for Filing Pretrial Motions [182], defendant Yvonne Ackerly's Motion for Enlargement of Time to File Pretrial Motions [183], defendant DeShawn Hernandez's Motion to Continue Pretrial Motion Deadline [184], defendant Anthony Parrott's Motion for Enlargement of Time to File Pretrial Motions [185] and defendant Vicki Cass' Motion to Continue Pretrial Motion Deadline [186]. Upon review of the file, the court finds that an extension of approximately 45 days should be granted. Pretrial Motions shall be filed by April 16, 2010.

**IT IS ORDERED:**

1. Defendant Daniel Bouquet's Motion to Continue Pretrial Motions Deadline [181], defendant Amy Griffith's Unopposed Motion to Continue Date for Filing Pretrial Motions [182], defendant Yvonne Ackerly's Motion for Enlargement of Time to File Pretrial Motions [183], defendant DeShawn Hernandez's Motion to Continue Pretrial Motion Deadline [184], defendant Anthony Parrott's Motion for Enlargement of Time to File Pretrial Motions [185] and defendant Vicki Cass' Motion to Continue Pretrial Motion Deadline [186] are granted. Pretrial motions shall be filed on or before **April 16, 2010.**

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between March 3, 2010 and April 16, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and

the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 2nd day of March, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**