IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY PARROTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for enlargement of time to file for deviation, variance or departure (Filing No. 446). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until September 7, 2010, to submit motions for deviation, variance or departure.

DATED this 31st day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court